IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL FIOCCA : CIVIL ACTION
:
v. :
:
CITY OF PHILADELPHIA : NO. 10-1289

**O R D E R**

AND NOW, this 13th day of July 2010, upon consideration of the defendant's Motion to Dismiss and the response thereto, IT IS ORDERED:

That the Motion is GRANTED. The Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff may file an amended complaint within 20 days of the date of this Order.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.